IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT S. PHILPOTT                                                                                          PLAINTIFF

v.                                          Civil No. 2:25-cv-02008-MEF

SEBASTIAN COUNTY, *et. al.*                                                                        DEFENDANTS

## ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and has sought *in forma pauperis* status. Currently before the Court is Plaintiff's pleading stating he "would like to have it [his case] dropped." (ECF No. 7). The Court will interpret this as a motion to voluntarily dismiss this case.

The case has not yet undergone preservice screening as required by the Prison Litigation Reform Act.

Plaintiff's Motion to Voluntarily Dismiss (ECF No. 7) is **GRANTED**. The Clerk is **DIRECTED** to treat Plaintiff's Motion (ECF No. 7) as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and dismiss this case without prejudice.

IT IS SO ORDERED this 25th day of February 2025.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE